ROBERT L. LEECH *v.* VETERANS' BONUS APPEAL BOARD

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted unless the plaintiff on or before October 26, 1976, provides security as prescribed by § 602 of the rules of practice.

*Bernard F. McGovern, Jr.,* assistant attorney general, for the appellee (defendant).

*Robert J. Wise,* for the appellant (plaintiff).

Argued October 5—decided October 5, 1976

STATE OF CONNECTICUT *v.* HUBERT J. SINGLETON

The state's motion to dismiss the appeal from the Superior Court in Hartford County is granted unless the defendant files his brief on or before November 5, 1976.

*Richard F. Banbury,* chief assistant state's attorney, for the appellee (state).

*Herbert Scott,* for the appellant (defendant).

Argued October 5—decided October 5, 1976

HAROLD C. DEMING ET AL. *v.* EARL ENDRICH ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Middlesex County is granted unless the defendants on or before November 1, 1976, file a request for finding and draft finding.

*Edward S. Domnarski, Jr.,* for the appellees (plaintiffs).

No appearance for the appellants (defendants).